**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-6015

IRA WAYNE MADISON,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Senior District Judge. (CA-02-1232-7)

Submitted: February 20, 2003        Decided: February 28, 2003

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ira Wayne Madison, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ira Wayne Madison appeals from the district court orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See Madison v. Virginia, No. CA-02-1232-7 (W.D. Va. Nov. 27 & Dec. 17, 2002). On appeal, Madison asserts that the district court misconstrued a portion of his complaint. We find that his claims—even as clarified—were subject to dismissal. See Dist. of Columbia Ct. of App. v. Feldman, 460 U.S. 462, 482-86 (1983); see also McMahan v. International Ass'n of Bridge, Structural & Ornamental Iron Workers, 964 F.2d 1462, 1467 (4th Cir. 1992) (holding that appellate courts may "affirm a judgment for any reason appearing on the record"). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED